## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| ANTHONY LUCYNSKI,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK,<br>        Defendant(s). | Case No.: 3:17-cv-00543-BJD-JRK<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES Plaintiff, ANTHONY LUCYNSKI, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

Dated: October 3, 2017

RESPECTFULLY SUBMITTED,

**CRUMLEY & WOLFE, P.A.**

By: /s/ Benjamin H. Crumley

Benjamin H. Crumley
2254 Riverside Ave.
Jacksonville, FL 32204
Telephone: 904-374-0113;
Facsimile: 904) 374-0113
Email: ben@cwbfl.com
*Attorney for Plaintiff*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Benjamin H . Crumley<br>
Benjamin H. Crumley, Esq.