# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANTHONY LUCYNSKI,

    Plaintiff,

vs.

FIRST NATIONAL BANK,

    Defendant(s).

Case No.: 3:17-cv-00543-BJD-JRK

**STIPULATION OF DISMISSAL**

NOW COMES Plaintiffs, ANTHONY LUCYNSKI, and Defendant, FIRST NATIONAL BANK. by and through the undersigned counsel, and hereby jointly stipulate for a dismissal of the instant matter in its entirety, with prejudice. Each party to bear its own attorneys' fees and costs incurred.

///

///

///

///

///

///

///

///

RESPECTFULLY SUBMITTED,

Dated: October 13, 2017         **CRUMLEY & WOLFE, P.A.**

                                By: /s/ Benjamin H. Crumley
                                    Benjamin H. Crumley
                                    *Attorney for Plaintiff*


Dated: October 13, 2017         **BURR & FORMAN, LLP.**

                                By: /s/ Jacqueline Simms-Petredis
                                    Jacqueline Simms-Petredis
                                    *Attorney for Defendant
                                    First National Bank.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF* system. Furthermore Defendant was served by way of the *CM/ECF* system.

By: /s/ Benjamin H. Crumley
       Benjamin H. Crumley, Esq.