UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY LUCYNSKI,

    **Plaintiff,**

v.                                      Case No. 3:17-cv-543-J-39JRK

FIRST NATIONAL BANK,

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. No.13; Stipulation) filed on October 13, 2017. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 16th day of October, 2017.

                                                  BRIAN J. DAVIS
                                                  United States District Judge

*Copies to:*

Counsel of Record

*ap*